IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARNELL RUSHING,
ADC #080025                                                                                    PETITIONER

5:10CV00127SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

Petitioner has filed a petition for a writ of habeas corpus. Permission is granted to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (DE #1).

The Clerk will serve a copy of the Petition and this Order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 29th day of April, 2010.

_____
United States Magistrate Judge