IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARNELL RUSHING                                                                                  PETITIONER
ADC #80025

vs.                                    Case No. 5:10-CV-00127-SWW/JTK

RAY HOBBS, Interim Director
Arkansas Department of Correction                                               RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in his Response (DE #9) that the petition should be dismissed because it is untimely under 28 U.S.C. § 2244(d)(1).  Petitioner may also reply to Respondent's argument that Petitioner's failure to first present his attack on his guilty plea in a properly filed post-conviction petition constitutes an adequate and independent state ground to bar federal habeas review, absent a showing of cause and prejudice or a fundamental miscarriage of justice.

The Clerk is directed to serve a copy of the Response (DE #9) and this Order on Petitioner by regular mail.

SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE