**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DARNELL RUSHING                                    )
ADC # 80025,                                       )
    Petitioner,                                )        **Case No. 5:10-CV-00127 SWW-JTK**
                                               )
v.                                                 )
                                               )
RAY HOBBS, Director, Arkansas                      )
Department of Correction,                          )
    Respondent.                                )

**ORDER**

The motion [doc.#16] of petitioner Darnell Rushing for an extension of up to and including

May 7, 2012 in which to file objections to the Proposed Findings and Recommendations [doc.#14]

from United States Magistrate Judge Jerome T. Kearney is hereby granted.

IT IS SO ORDERED this 19th day of April 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE