## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| DARNELL RUSHING )<br>ADC # 80025, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>RAY HOBBS, Director, Arkansas )<br>Department of Correction, )<br>    Respondent. ) | **Case No. 5:10-CV-00127 SWW-JTK** |

## ORDER

The motion [doc.#16] of petitioner Darnell Rushing for an extension of up to and including May 7, 2012 in which to file objections to the Proposed Findings and Recommendations [doc.#14] from United States Magistrate Judge Jerome T. Kearney is hereby granted.

IT IS SO ORDERED this 19th day of April 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE