# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| DARNELL RUSHING ) <br> ADC # 80025 ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> RAY HOBBS, Director, Arkansas ) <br> Department of Correction ) <br>     Respondent. ) | **Case No. 5:10-CV-00127 SWW-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 15th day of May 2012.

/s/Susan Webber Wright

United States District Judge